IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LEE CALLEGARI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES D. LEE, M.D., et al.,<br><br>　　　　Defendants.<br>_____ | No. C 08-2420 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE DISPOSITIVE MOTION**<br><br>**(Docket Nos. 34 & 35)** |

　　　On May 12, 2008, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants have filed a motion to dismiss, or, alternatively, for summary judgment.

　　　Good cause appearing, plaintiff's request for an extension of time to oppose defendants' motion is hereby GRANTED. Plaintiff shall file opposition to the motion within **thirty** days of the date this order is filed. Defendants shall file a reply within **fifteen** days of the date the opposition is filed.

　　　This order terminates Docket Nos. 34 and 35.

　　　IT IS SO ORDERED.

DATED: July 14, 2010

　　　　　　　　　　　　　　　　 /s/ Vaughn R. Walker       for
　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　United States District Judge