United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| CARL LEE CALLEGARI, | ) No. C 08-2420 MMC (PR) |
| Plaintiff, | ) |
| | ) **ORDER SETTING SCHEDULES FOR** |
| v. | ) **DISCOVERY AND MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| CHARLES D. LEE, M.D., et al., | ) |
| Defendants. | ) |
| _____ | ) |

16    On May 12, 2008, plaintiff, a California prisoner then incarcerated at Salinas Valley

17 State Prison ("SVSP") and proceeding pro se, filed the above-titled civil rights complaint

18 pursuant to 42 U.S.C. § 1983, claiming deliberate indifference to his serious medical needs

19  by medical officials at SVSP.[1]

20    Most recently, the Court, by order filed January 19, 2011, denied defendants' motion

21 to dismiss the amended complaint for failure to exhaust administrative remedies, denied

22 defendants' alternative motion for summary judgment, and denied without prejudice

23 plaintiff's discovery-related motions.  By that same order, the Court directed defendants to

24 inform the Court and plaintiff whether defendants intended to file a new motion for summary

25 judgment or, instead, whether the matter should be referred for settlement proceedings.

26 Defendants have now informed the Court and plaintiff that they will file a new motion for

27 summary judgment.  The Court therefore sets the following schedule for discovery and the

28

---

[1]In April 2010, plaintiff was transferred to Corcoran State Prison, where he currently
resides.

filing and briefing of defendants' summary judgment motion:

1.  Within **sixty** days of the date this order is filed, plaintiff and defendants must propound any written discovery requests (e.g., requests for production of documents, interrogatories, and requests for admissions) they wish to make, and, if defendants wish to depose plaintiff, they must take his deposition within such time.  No further court order under Federal Rule of Civil Procedure 30(a)(2) or Civil Local Rule 16-1 is required before the parties may conduct discovery.

2.  All discovery must be completed within **ninety** days of the date this order is filed. Plaintiff is informed that the district court generally is not involved in the discovery process and only becomes involved when there is a dispute between the parties about discovery responses.  Discovery requests and responses normally are exchanged between the parties without any copy sent to the court.  See Fed. R. Civ. P. 5(d) (listing discovery requests and responses that "must not" be filed with the court until they are used in the proceeding or the court orders otherwise).

3.  Any motion to compel discovery must be filed and served within **fourteen** days of the date discovery is completed.  If a motion to compel is filed, any opposition to such motion must be filed and served no later than **fourteen** days after such motion is filed and any reply in support of such motion must be filed and served no later than **fourteen** days after the opposition is filed.   The parties are reminded that before filing any motion to compel they must make a good faith effort to meet and confer to attempt to resolve any discovery dispute, as is required by Civil Local Rule 37-1.

4.  Defendants' motion for summary judgment must be filed and served within **120 days** of the date this order is filed.

5.  Plaintiff's opposition to the motion for summary judgment must be filed and served within **thirty** days of the date plaintiff is served with such motion.

//

//

//

United States District Court

For the Northern District of California

2

1        6.  Defendants <u>shall</u> file a reply brief in support of the motion within **fourteen** days of

2   the date they are served with plaintiff's opposition.

3        IT IS SO ORDERED.

4   DATED: March 4, 2011

5                                    _____
                                     MAXINE M. CHESNEY
6                                    United States District Judge