1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

CARL LEE CALLEGARI,                    )   No. C 08-2420 MMC (PR)
9                                      )
              Plaintiff,               )   **ORDER GRANTING PLAINTIFF'S**
10                                     )   **REQUEST FOR EXTENSION OF**
                                       )   **TIME; DENYING PLAINTIFF'S**
11     v.                              )   **MOTION FOR EMERGENCY**
                                       )   **INJUNCTIVE RELIEF**
CHARLES D. LEE, M.D., et al.,          )
12                                     )
              Defendants.              )   **(Docket Nos. 46 & 53)**
13   _____ )

14

15        On May 12, 2008, plaintiff, a California prisoner then incarcerated at Salinas Valley

16   State Prison ("SVSP") and proceeding pro se, filed the above-titled civil rights complaint

17   pursuant to 42 U.S.C. § 1983, claiming deliberate indifference to his serious medical needs

     by medical officials at SVSP.[1]
18

19        On March 23, 2011, plaintiff filed a motion for summary judgment, which defendants

20   opposed on April 20, 2011.  On May 6, 2011, plaintiff requested an extension of time to file a

21   reply to defendants' opposition (Docket No. 53) and, on May 9, 2011, filed his reply.

22   Plaintiff's motion for an extension of time is hereby GRANTED.  The reply brief is deemed

23   timely.

24        On March 30, 2011, plaintiff filed an "Emergency Motion for Injunctive Relief,"

25   seeking to preclude prison officials from retaliating against him.  (Docket No. 46.)  The

26   Court construes plaintiff's filing as a motion for a preliminary injunction and/or temporary

27   _____

28        [1]In April 2010, plaintiff was transferred to Corcoran State Prison, where he currently
     resides.

*United States District Court*
*For the Northern District of California*

restraining order ("TRO"). Plaintiff, however, has neither complied with the notice requirement of Rule 65(a)(1) of the Federal Rules of Civil Procedure, nor certified the reasons for his not providing such notice, as required by Rule 65(b) of the Federal Rules of Civil Procedure. Moreover, plaintiff seeks such relief against individuals who are not parties to this action. A TRO or preliminary injunction is only available against an adverse *party*. See Fed. R. Civ. P. 65(a),(b). Accordingly, plaintiff's motion for injunctive relief is hereby DENIED.

This order terminates Docket Nos. 46 and 53.

IT IS SO ORDERED.

DATED: May 16, 2011

MAXINE M. CHESNEY
United States District Judge