IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL LEE CALLEGARI,

        Plaintiff,

v.

CHARLES D. LEE, M.D., et al.,

        Defendants.

                                   /

No. CV-08-2420 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Plaintiff's motion to compel is hereby DENIED.

Defendants' motion for summary judgment is hereby GRANTED.

Plaintiff's motion for summary judgment is hereby DENIED.

Dated: December 1, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk